1078

UNION TRUST COMPANY, Trustee, v.
GUARDIAN TRUST CO., Receiver in Bank-
ruptcy of PRUDENTIAL DISCOUNT COR-
PORATION, and Herman Shoemaker.

No. 5784.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1931.

Bulkley, Ledyard, Mills & Dickinson, of
Detroit, Mich., for appellant.

PER CURIAM.
Order of District Court affirmed.

UNION TRUST COMPANY, Trustee, v.
GUARDIAN TRUST COMPANY, Receiver in
Bankruptcy of PRUDENTIAL DISCOUNT
COMPANY, and Frank W. Jastromb.

No. 5785.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1931.

Bulkley, Ledyard, Mills & Dickinson, of
Detroit, Mich., for appellant.

Paul R. Dailey, of Detroit, Mich., for
appellees.

PER CURIAM.
Order of District Court affirmed.

UNION TRUST COMPANY, Trustee, v.
GUARDIAN TRUST COMPANY, Receiver
in Bankruptcy of PRUDENTIAL DISCOUNT
CORPORATION, and John Testori.

No. 5786.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1931.

Bulkley, Ledyard, Mills & Dickinson, of
Detroit, Mich., for appellant.

Paul R. Dailey, of Detroit, Mich., for
appellees.

PER CURIAM.
Order of District Court affirmed.

UNITED STATES of America v. R. J. BAIN-
BRIDGE, Administrator, etc.

No. 642.

Circuit Court of Appeals, Tenth Circuit.
March 2, 1932.

For former opinion, see 55 F.(2d) 244.

Fred A. Wagoner, Asst. U. S. Atty., of
Oklahoma City, Okl.

Tom W. Garrett, of Oklahoma City, Okl.,
for appellee.

Before LEWIS and PHILLIPS, Circuit
Judges.

PER CURIAM.
Appeal dismissed on motion of appel-
lant.

UNITED STATES v. Bell DAVIS et al.

No. 6200.

Circuit Court of Appeals, Sixth Circuit.
May 10, 1932.

A. V. McLane, U. S. Atty., of Nashville,
Tenn.

Worth Bryant and Keith Bohannon, both
of Cookeville, Tenn., for appellees.

PER CURIAM.
Docketed and dismissed pursuant to stip-
ulation of counsel.